UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 09-34108
DANIEL & ELLEN GUSICH, SR. )
) Chapter: 13
) Honorable Jack B. Schmetterer
)
)
Debtor(s) )

### ORDER TO MODIFY CHAPTER 13 PLAN POST-CONFIRMATION

It is hereby ORDERED that:

1) The Claim filed by the Internal Revenue Service (#17) is amended to pay a total of $48,632.40, of which $47,068.89 is priority and $1,563.51 is unsecured.

2) The plan is modified so that Sec. D.1 of the plan provides that Debtors will pay to the trustee $3,085.00 monthly pursuant to the provisions of the plan, commencing with the next payment due.

The prevailing party will forthwith serve a copy of this order on all parties affected thereby, and file proof of such service with the Clerk.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: 1/26/11

**Prepared by counsel of Movant:**

Christine H. Clar, ARDC #6202332
Attorney for the Debtors
DAVID M. SIEGEL & ASSOC.
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100

Rev: 20101008_bko